United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESIDENTS OF BAYVIEW HUNTERS POINT,<br><br>      Plaintiff,<br><br>  v.<br><br>LENNAR HOUSING DEVELOPMENT INC., ET AL.,<br><br>      Defendants.<br>                                       / | No. C 07-04135 WHA<br><br>**ORDER RE SUBSTITUTION OF ATTORNEY** |

      The Court has received plaintiff's notice of substitution of attorney. Since plaintiff has retained counsel, plaintiff shall respond to defendants' pending motion to dismiss no later than **MONDAY, NOVEMBER 19, 2007, AT NOON**. Defendants may file a reply no later than **WEDNESDAY, NOVEMBER 21, 2007, AT NOON**.

      **IT IS SO ORDERED.**

Dated: November 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE