IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RESIDENTS OF BAYVIEW HUNTERS POINT,

    Plaintiff,

  v.

LENNARD HOUSING DEVELOPMENT INC.,

    Defendant.

No. C 07-04135 WHA

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

In light of the Court's order granting defendants' motion to dismiss, the case management conference currently set for November 29, 2007, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE